# IN THE SUPREME COURT OF THE STATE OF NEVADA

FARAMARZ YOUSEFZADEH, AN INDIVIDUAL AND TRUSTEE OF THE AFY FAMILY TRUST, DATED AUGUST 26, 1993; AND FARHAD YOUSEFZADEH, AN INDIVIDUAL AND THE TRUSTEE OF THE FPY FAMILY TRUST,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,
    and
CADC/RADC VENTURE 2011-1, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 67258

FILED

JAN 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus or prohibition challenging a district court order addressing the scope of liability in a breach of guaranty and deficiency action. Having considered the petition, answer, and reply, we deny the petitioners' request for

16 - 02994

extraordinary writ relief. *See Munoz v. Branch Banking & Trust Co.*, 131 Nev., Adv. Op. 23, 348 P.3d 689 (2015).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Mark R. Denton, District Judge
       Garman Turner Gordon
       Maupin Naylor Braster
       Eighth District Court Clerk